# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80096-CR-HURLEY/JOHNSON

**UNITED STATES OF AMERICA,**
   **Plaintiff,**

v.

**VERONICA VASQUEZ,**
   **Defendant.**
_____/

## *ORDER ADOPTING REPORT AND*
## *RECOMMENDATIONS AND SETTING HEARING*

THIS CAUSE comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 41]. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Wednesday, February 8, 2012,** at **2:30 p.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 27th day of January, 2012.

**copy furnished:**
AUSA A. Lothrop Morris
AFPD Robin C. Rosen-Evans
United States Marshal's Service
United States Probation Office

                                              Daniel T. K. Hurley
                                              United States District Judge